[Nos. 9068–6–II; 9069–4–II.   Division Two.   June 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
MARK PATRICK TRAYLOR, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v.
BRIAN MATTEAU, *Appellant.*

Appeals from judgments of the Superior Court for Pierce County, Nos. 46779, 129421, Waldo F. Stone, J., entered July 18, 1985. Cause No. 9068–6–II *dismissed* and cause No. 9069–4–II *reversed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Kolbaba and Kruse, JJ. Pro Tem.

[Nos. 8220–9–II; 8357–4–II.   Division Two.   June 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RALPH
E. ABBOTT, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Cowlitz County, No. 84–1–00215–5, Alan R. Hallowell, J., entered October 25 and December 13, 1984. *Affirmed* by unpublished opinion per Healy, J. Pro Tem., concurred in by Lodge and Utter, JJ. Pro Tem.

[No. 17632–3–I.   Division One.   June 15, 1987.]

THE CITY OF MERCER ISLAND, *Appellant,* v.
KING COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–12102–5, David C. Hunter, J., entered November 25, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Pekelis, JJ.